United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 25-03011-HWV

Rechinda Palmer-Gibbs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Oct 22, 2025     Form ID: ntgen     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574 |
| 5752077 | + | Anderson, Converse & Fennick, 1423 East Market Street, York, PA 17403-1264 |
| 5752081 | + | Capt1/WMT, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5752090 | + | Family Health Associates, 810 Bonneview Road, York, PA 17406-2099 |
| 5752110 | + | Main Line Health, c/o Proco, PO Box 2462, Aston, PA 19014-0462 |
| 5752111 | + | Natalie Jones, 4532 Eads St NE, Washington, DC 20019-4746 |
| 5752095 | + | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5752094 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5752112 | + | Perioperative Consult & Surg, 449 Polo Court, Collegeville, PA 19426-1267 |
| 5752099 | + | SNYCB/TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 5752103 | + | SYNCB/Meineke Car Services, PO Box 960061, Orlando, FL 32896-0061 |
| 5752140 | + | Westgate Vacation Villas, LLC, 2770 Olk Lake Wilson Road, Kissimmee, FL 34747-1801 |
| 5752108 | + | Xfinity, 5080 North Sherman Street, Mount Wolf, PA 17347-9678 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Oct 22 2025 18:40:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 18:44:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 18:45:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5752074 | + | Email/Text: bncnotifications@pheaa.org | Oct 22 2025 18:40:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5752075 | + | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 18:56:02 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5752071 | + | Email/Text: bkfilings@zwickerpc.com | Oct 22 2025 18:40:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5752109 | | Email/Text: bankruptcy@credencerm.com | Oct 22 2025 18:40:00 | American Medical Response, c/o Credence, 4222 Trinity Mills Road, Ste 260, Dallas, TX 75287-7666 |
| 5752076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 18:56:09 | Amex DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 5752078 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2025 18:39:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5752122 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 22 2025 18:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5752079 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 22 2025 18:40:00 | Barclay's Bank Delaware, PO Box 13337, |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-3337 |
| 5752080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 22 2025 19:08:56 | | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752082 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2025 18:40:00 | | CB/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5752083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2025 18:40:00 | | CCB/Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 5752114 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Oct 22 2025 18:45:03 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5752118 | | Email/PDF: bncnotices@becket-lee.com Oct 22 2025 18:44:37 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5752084 | + | Email/PDF: ais.chase.ebn@aisinfo.com Oct 22 2025 18:44:37 | | Chase/JPMCB, PO Box 1423, Charlotte, NC 28201-1423 |
| 5752085 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 22 2025 18:57:15 | | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5752130 | | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 22 2025 18:57:50 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5752086 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2025 18:40:00 | | Comenity Capital Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5752117 | | Email/PDF: resurgentbknotifications@resurgent.com Oct 22 2025 18:45:05 | | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5752088 | | Email/Text: mrdiscen@discover.com Oct 22 2025 18:40:00 | | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850 |
| 5752089 | | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 22 2025 18:56:10 | | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 5752093 | | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 22 2025 18:57:16 | | Macy's American Express, PO Box 9001108, Louisville, KY 40290 |
| 5752087 | + | Email/PDF: DellBKNotifications@resurgent.com Oct 22 2025 18:44:37 | | Dell Financial Svcs/Web Bank, PO Box 81607, Austin, TX 78708-1607 |
| 5752129 | | Email/Text: bnc-quantum@quantum3group.com Oct 22 2025 18:40:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5752113 | | Email/Text: mrdiscen@discover.com Oct 22 2025 18:40:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5752131 | | Email/Text: ECMCBKNotices@ecmc.org Oct 22 2025 18:40:00 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752072 | | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 22 2025 18:40:00 | | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5752091 | + | Email/PDF: ais.chase.ebn@aisinfo.com Oct 22 2025 18:44:37 | | JPMCB Card, PO box 15369, Wilmington, DE 19850-5369 |
| 5752120 | + | Email/Text: RASEBN@raslg.com Oct 22 2025 18:40:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752092 | | Email/PDF: AIS.cocard.ebn@aisinfo.com Oct 22 2025 18:45:36 | | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5752126 | | Email/PDF: resurgentbknotifications@resurgent.com Oct 22 2025 18:44:37 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5752073 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2025 18:40:00 | | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5752119 | + | Email/Text: bncnotifications@pheaa.org | Oct 22 2025 18:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5752123 |  | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2025 18:40:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5752097 |  | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2025 18:40:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 5752143 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 18:45:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752144 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 18:57:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752096 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:45:03 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5752127 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 18:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5752115 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 18:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5752116 |  | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2025 18:40:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5752100 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:44:41 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5752102 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:45:36 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5752101 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:57:52 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5752104 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:56:02 | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 5752105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 18:44:37 | SYNCB/Walmart, PO Box 965012, Orlando, FL 32896-5012 |
| 5752098 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 18:57:57 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5752070 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2025 18:45:03 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 18:57:13 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752124 |  | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 23 2025 01:41:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5752107 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 22 2025 18:58:00 | Wells Fargo Card Services, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752132 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752134 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| | | |
| --- | --- | --- |
| 5752136 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752133 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752135 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752121 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752128 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752125 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Rechinda Palmer-Gibbs gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Steven M. Carr | on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Rechinda Palmer−Gibbs <br><br> **Debtor 1** | Chapter: 13 <br><br> Case number: 1:25−bk−03011−HWV <br><br> Document Number: 137 <br><br> Matter: Order Granting Motion to Sever Chapter 13 Case |
| **Notice** | |

NOTICE is hereby given that:

An Order was entered on 10/22/25 severing this debtor from case number 1−19−bk−04690−HWV. The case was severed for the administrative purpose of recording information which applies to only one of the parties on the joint petition.

The new bankruptcy case number for the above−referenced debtor is 1:25−bk−03011−HWV . Please make a note of the new case number for your records. This case number should be consulted for any future activity pertaining to this debtor.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 22, 2025 |

ntgen(05/18)