# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rechinda Palmer-Gibbs  
          Debtor(s)

BK NO. 25-03011 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
28 Oct 2025, 13:21:17, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322

Document ID: 8ce6343dc47527c733fbb4d23792ea9f7595bfec1c35220e154361acf3796679