United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-03011-HWV |
| Rechinda Palmer-Gibbs | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 05, 2025  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

**Recip ID       Recipient Name and Address**
db         +  Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
              on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
              ecf_pahu_alt@trustee13.com

Mario J. Hanyon
              on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel
              on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Steven M. Carr
              on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net
              jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com

Thomas Song

on behalf of Creditor PNC Bank National Association tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Rechinda Palmer-Gibbs | : | Chapter 13 |
| Debtor | : | |
| | : | Case No. 1:25-bk-03011-HWV |
| Rechinda Palmer-Gibbs | : | |
| Movant | : | |

### ORDER

Upon consideration of Debtor's Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307(a), Doc. 143, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is converted to a proceeding under Chapter 7.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 5, 2025