In re:                                                                                          Case No. 25-03011-HWV

Rechinda Palmer-Gibbs                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                    Page 1 of 5

Date Rcvd: Nov 12, 2025                       Form ID: 309A                                 Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574 |
| aty | + | Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Thomas Song, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5752077 | + | Anderson, Converse & Fennick, 1423 East Market Street, York, PA 17403-1264 |
| 5752081 | + | Capt1/WMT, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5752090 | + | Family Health Associates, 810 Bonneview Road, York, PA 17406-2099 |
| 5752110 | + | Main Line Health, c/o Proco, PO Box 2462, Aston, PA 19014-0462 |
| 5752111 | + | Natalie Jones, 4532 Eads St NE, Washington, DC 20019-4746 |
| 5752095 | + | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5752094 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5752112 | + | Perioperative Consult & Surg, 449 Polo Court, Collegeville, PA 19426-1267 |
| 5752099 | + | SNYCB/TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 5752103 | + | SYNCB/Meineke Car Services, PO Box 960061, Orlando, FL 32896-0061 |
| 5752140 | + | Westgate Vacation Villas, LLC, 2770 Olk Lake Wilson Road, Kissimmee, FL 34747-1801 |
| 5752108 | + | Xfinity, 5080 North Sherman Street, Mount Wolf, PA 17347-9678 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stevecarr8@comcast.net | Nov 12 2025 19:20:00 | Steven M. Carr, Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401 |
| tr | + | EDI: BKKGENDRON | Nov 13 2025 00:22:00 | Kara Katherine Gendron, Mott & Gendron Law, (Trustee), 125 State St, Harrisburg, PA 17101-1025 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Nov 12 2025 19:20:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Nov 12 2025 19:20:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | EDI: PRA.COM | Nov 13 2025 00:22:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Nov 13 2025 00:22:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5752074 | + | Email/Text: bncnotifications@pheaa.org | Nov 12 2025 19:20:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5752075 | + | Email/PDF: bncnotices@becket-lee.com | Nov 12 2025 19:22:44 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5752071 | + | Email/Text: bkfilings@zwickerpc.com | Nov 12 2025 19:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents |

|  |  |  |  |
|---|---|---|---|
|  |  |  | for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5752109 | Email/Text: bankruptcy@credencerm.com | Nov 12 2025 19:20:00 | American Medical Response, c/o Credence, 4222 Trinity Mills Road, Ste 260, Dallas, TX 75287-7666 |
| 5752076 | + EDI: CITICORP | Nov 13 2025 00:22:00 | Amex DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 5752078 | + EDI: BANKAMER | Nov 13 2025 00:21:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5752122 | + EDI: BANKAMER2 | Nov 13 2025 00:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5752079 | + EDI: TSYS2 | Nov 13 2025 00:22:00 | Barclay's Bank Delaware, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5752080 | + EDI: CITICORP | Nov 13 2025 00:22:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752082 | + EDI: WFNNB.COM | Nov 13 2025 00:22:00 | CB/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5752083 | + EDI: WFNNB.COM | Nov 13 2025 00:22:00 | CCB/Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 5752114 | EDI: CAPITALONE.COM | Nov 13 2025 00:22:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5752118 | Email/PDF: bncnotices@becket-lee.com | Nov 12 2025 19:22:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5752084 | + EDI: JPMORGANCHASE | Nov 13 2025 00:21:00 | Chase/JPMCB, PO Box 1423, Charlotte, NC 28201-1423 |
| 5752085 | + EDI: CITICORP | Nov 13 2025 00:22:00 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5752130 | EDI: CITICORP | Nov 13 2025 00:22:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5752086 | + EDI: WFNNB.COM | Nov 13 2025 00:22:00 | Comenity Capital Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5752117 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 19:22:41 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5752088 | EDI: DISCOVER | Nov 13 2025 00:22:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850 |
| 5752089 | EDI: CITICORP | Nov 13 2025 00:22:00 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 5752093 | EDI: CITICORP | Nov 13 2025 00:22:00 | Macy's American Express, PO Box 9001108, Louisville, KY 40290 |
| 5752087 | + Email/PDF: DellBKNotifications@resurgent.com | Nov 12 2025 19:22:41 | Dell Financial Svcs/Web Bank, PO Box 81607, Austin, TX 78708-1607 |
| 5752129 | EDI: Q3G.COM | Nov 13 2025 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5752113 | EDI: DISCOVER | Nov 13 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5752131 | Email/Text: ECMCBKNotices@ecmc.org | Nov 12 2025 19:20:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752072 | EDI: IRS.COM | Nov 13 2025 00:22:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5752091 | + EDI: JPMORGANCHASE | Nov 13 2025 00:21:00 | JPMCB Card, PO box 15369, Wilmington, DE |

19850-5369

| 5752120 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 12 2025 19:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752092 | EDI: CAPITALONE.COM | | |
| | | Nov 13 2025 00:22:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5752126 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 12 2025 19:22:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5752073 | EDI: PENNDEPTREV | | |
| | | Nov 13 2025 00:22:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5752119 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Nov 12 2025 19:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5752123 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 12 2025 19:20:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5752097 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 12 2025 19:20:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 5752143 | EDI: PRA.COM | | |
| | | Nov 13 2025 00:22:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752144 | EDI: PRA.COM | | |
| | | Nov 13 2025 00:22:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752096 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5752127 | EDI: Q3G.COM | | |
| | | Nov 13 2025 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5752115 | EDI: Q3G.COM | | |
| | | Nov 13 2025 00:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5752116 | EDI: Q3G.COM | | |
| | | Nov 13 2025 00:22:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5752100 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5752102 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5752101 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5752104 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 5752105 | + EDI: SYNC | | |
| | | Nov 13 2025 00:22:00 | SYNCB/Walmart, PO Box 965012, Orlando, FL 32896-5012 |
| 5752098 | + EDI: CITICORP | | |
| | | Nov 13 2025 00:22:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5752070 | + EDI: AIS.COM | | |
| | | Nov 13 2025 00:22:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752106 | + EDI: CITICORP | | |
| | | Nov 13 2025 00:22:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752124 | EDI: WFCCSBK | | |
| | | Nov 13 2025 00:22:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5752107 | + EDI: WFHOME | | |
| | | Nov 13 2025 00:22:00 | Wells Fargo Card Services, Credit Bureau |

Resolution, PO Box 14517, Des Moines, IA
50306-3517

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752132 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752134 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752136 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752133 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752135 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752121 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752128 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752125 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025                 Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Steven M. Carr | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| | About Debtor 1 | About Debtor 2 |
|---|---|---|
| Debtor 1 | **Rechinda Palmer–Gibbs**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–1229<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Middle District of Pennsylvania | | Date case filed in chapter:   7   10/31/19 |
| Case number:   1:25-bk-03011-HWV | | Date case reconverted to chapter:   7   11/5/25 |

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rechinda Palmer–Gibbs | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 Burberry Lane<br>Mount Wolf, PA 17347 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven M. Carr<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email:  stevecarr8@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>(Trustee)<br>125 State St<br>Harrisburg, PA 17101 | Contact phone 717–232–6650<br><br>Email:<br>karagendrontrustee@gmail.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

**6. Bankruptcy clerk's office**
Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102

Hours open:
Monday – Friday 9:00 AM to 4:00 PM

Contact phone (717) 901–2800

Date: 11/12/25

---

**7. Meeting of creditors**
Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

***Valid photo ID and proof of Social Security number are required***

**Date: December 9, 2025 at 12:45 PM**
The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For additional information use the QR code or visit:

https://www.justice.gov/ust/ust-regions–r03/region–3–section–341–meetings–0#TrusteeZoom

The Court does not endorse or exercise any responsibility of the content at this link.

**Location:**
Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 622 826 9820, Click on Join using passcode 2750956376, or call 1–267–552–4616



---

**8. Presumption of abuse**
If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

---

**9. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 2/16/20**

**You must file a complaint:**
• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).
**You must file a motion:**
• if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**
Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.