In re:  Case No. 25-03011-HWV

Rechinda Palmer-Gibbs  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Nov 12, 2025     Form ID: nttterej     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574 |
| 5752077 | + | Anderson, Converse & Fennick, 1423 East Market Street, York, PA 17403-1264 |
| 5752081 | + | Capt1/WMT, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5752090 | + | Family Health Associates, 810 Bonneview Road, York, PA 17406-2099 |
| 5752110 | + | Main Line Health, c/o Proco, PO Box 2462, Aston, PA 19014-0462 |
| 5752111 | + | Natalie Jones, 4532 Eads St NE, Washington, DC 20019-4746 |
| 5752095 | + | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5752094 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5752112 | + | Perioperative Consult & Surg, 449 Polo Court, Collegeville, PA 19426-1267 |
| 5752099 | + | SNYCB/TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 5752103 | + | SYNCB/Meineke Car Services, PO Box 960061, Orlando, FL 32896-0061 |
| 5752140 | + | Westgate Vacation Villas, LLC, 2770 Olk Lake Wilson Road, Kissimmee, FL 34747-1801 |
| 5752108 | + | Xfinity, 5080 North Sherman Street, Mount Wolf, PA 17347-9678 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Nov 12 2025 19:20:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2025 19:22:42 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2025 19:22:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5752074 | + | Email/Text: bncnotifications@pheaa.org | Nov 12 2025 19:20:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5752075 | + | Email/PDF: bncnotices@becket-lee.com | Nov 12 2025 19:22:44 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5752071 | + | Email/Text: bkfilings@zwickerpc.com | Nov 12 2025 19:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5752109 | | Email/Text: bankruptcy@credencerm.com | Nov 12 2025 19:20:00 | American Medical Response, c/o Credence, 4222 Trinity Mills Road, Ste 260, Dallas, TX 75287-7666 |
| 5752076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:39 | Amex DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 5752078 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 12 2025 19:20:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5752122 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 12 2025 19:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5752079 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 12 2025 19:20:00 | Barclay's Bank Delaware, PO Box 13337, |

| Recipient ID | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-3337 |
| 5752080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:42 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752082 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 19:20:00 | CB/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5752083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 19:20:00 | CCB/Boscov's, PO Box 182120, Columbus, OH 43218-2120 |
| 5752114 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2025 19:22:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5752118 | | Email/PDF: bncnotices@becket-lee.com | Nov 12 2025 19:22:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5752084 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 12 2025 19:22:41 | Chase/JPMCB, PO Box 1423, Charlotte, NC 28201-1423 |
| 5752085 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:39 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5752130 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5752086 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 19:20:00 | Comenity Capital Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5752117 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 19:22:38 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5752088 | | Email/Text: mrdiscen@discover.com | Nov 12 2025 19:20:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850 |
| 5752089 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:42 | DSNB Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 5752093 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:39 | Macy's American Express, PO Box 9001108, Louisville, KY 40290 |
| 5752087 | + | Email/PDF: DellBKNotifications@resurgent.com | Nov 12 2025 19:22:38 | Dell Financial Svcs/Web Bank, PO Box 81607, Austin, TX 78708-1607 |
| 5752129 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2025 19:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5752113 | | Email/Text: mrdiscen@discover.com | Nov 12 2025 19:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5752131 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 12 2025 19:20:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752072 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 19:20:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5752091 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 12 2025 19:22:44 | JPMCB Card, PO box 15369, Wilmington, DE 19850-5369 |
| 5752120 | + | Email/Text: RASEBN@raslg.com | Nov 12 2025 19:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752092 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2025 19:22:42 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5752126 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 19:22:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5752073 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 12 2025 19:20:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5752119 | + | Email/Text: bncnotifications@pheaa.org | Nov 12 2025 19:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5752123 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2025 19:20:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5752097 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 12 2025 19:20:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 5752143 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2025 19:22:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752144 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2025 19:22:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752096 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:38 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5752127 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2025 19:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5752115 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2025 19:20:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5752116 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2025 19:20:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5752100 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:38 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5752102 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:38 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5752101 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:42 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5752104 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:38 | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 5752105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 12 2025 19:22:44 | SYNCB/Walmart, PO Box 965012, Orlando, FL 32896-5012 |
| 5752098 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:32:57 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5752070 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 12 2025 19:22:39 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2025 19:22:42 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752124 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 12 2025 19:22:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5752107 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 12 2025 19:22:38 | Wells Fargo Card Services, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752132 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752134 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| | | |
|---|---|---|
| 5752136 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752133 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752135 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752121 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752128 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752125 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Rechinda Palmer−Gibbs, | Chapter | 7 |
| **Debtor 1** | Case No. | 1:25−bk−03011−HWV |

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

Kara Katherine Gendron has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 12, 2025 |

nttterej(05/18)