United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03011-HWV

Rechinda Palmer-Gibbs  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4

Date Rcvd: May 14, 2026  Form ID: 318  Total Noticed: 67

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574 |
| 5752077 | + | Anderson, Converse & Fennick, 1423 East Market Street, York, PA 17403-1264 |
| 5752090 | + | Family Health Associates, 810 Bonneview Road, York, PA 17406-2099 |
| 5752110 | + | Main Line Health, c/o Proco, PO Box 2462, Aston, PA 19014-0462 |
| 5752111 | + | Natalie Jones, 4532 Eads St NE, Washington, DC 20019-4746 |
| 5752094 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5752095 | + | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5784904 | | PA Department of Labor and Industry, 1171 S. Cameron Street, Harrisburg, PA 17104-2501 |
| 5752112 | + | Perioperative Consult & Surg, 449 Polo Court, Collegeville, PA 19426-1267 |
| 5752099 | + | SNYCB/TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 5752103 | + | SYNCB/Meineke Car Services, PO Box 960061, Orlando, FL 32896-0061 |
| 5752140 | + | Westgate Vacation Villas, LLC, 2770 Olk Lake Wilson Road, Kissimmee, FL 34747-1801 |
| 5752108 | + | Xfinity, 5080 North Sherman Street, Mount Wolf, PA 17347-9678 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 14 2026 18:43:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | EDI: PRA.COM | May 14 2026 22:37:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | May 14 2026 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5752074 | + | Email/Text: bncnotifications@pheaa.org | May 14 2026 18:42:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5752075 | + | Email/PDF: bncnotices@becket-lee.com | May 14 2026 18:56:44 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5752071 | + | Email/Text: bkfilings@zwickerpc.com | May 14 2026 18:43:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5752109 | | Email/Text: bankruptcy@credencerm.com | May 14 2026 18:43:00 | American Medical Response, c/o Credence, 4222 Trinity Mills Road, Ste 260, Dallas, TX 75287-7666 |
| 5752076 | + | EDI: CITICORP | May 14 2026 22:37:00 | Amex DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 5752078 | + | EDI: BANKAMER | May 14 2026 22:37:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5752122 | + | EDI: BANKAMER2 | May 14 2026 22:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5752079 | + | EDI: TSYS2 | May 14 2026 22:37:00 | Barclay's Bank Delaware, PO Box 13337, |

Philadelphia, PA 19101-3337

5752080   + EDI: CITICORP

May 14 2026 22:37:00   Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497

5752082   + EDI: WFNNB.COM

May 14 2026 22:37:00   CB/Bon Ton, PO Box 182789, Columbus, OH 43218-2789

5752083   + EDI: WFNNB.COM

May 14 2026 22:37:00   CCB/Boscov's, PO Box 182120, Columbus, OH 43218-2120

5752114   EDI: CAPITALONE.COM

May 14 2026 22:37:00   Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083

5752118   Email/PDF: bncnotices@becket-lee.com

May 14 2026 18:55:51   Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

5752081   + EDI: CAPITALONE.COM

May 14 2026 22:37:00   Capt1/WMT, PO Box 30281, Salt Lake City, UT 84130-0281

5752084   + EDI: JPMORGANCHASE

May 14 2026 22:37:00   Chase/JPMCB, PO Box 1423, Charlotte, NC 28201-1423

5752085   + EDI: CITICORP

May 14 2026 22:37:00   Citi, PO Box 6217, Sioux Falls, SD 57117-6217

5752130   EDI: CITICORP

May 14 2026 22:37:00   Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027

5752086   + EDI: WFNNB.COM

May 14 2026 22:37:00   Comenity Capital Bank/Zales, PO Box 182120, Columbus, OH 43218-2120

5752117   Email/PDF: resurgentbknotifications@resurgent.com

May 14 2026 18:56:44   Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390

5752088   EDI: DISCOVER

May 14 2026 22:37:00   Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850

5752089   EDI: CITICORP

May 14 2026 22:37:00   DSNB Macys, 9111 Duke Blvd, Mason, OH 45040

5752093   EDI: CITICORP

May 14 2026 22:37:00   Macy's American Express, PO Box 9001108, Louisville, KY 40290

5752087   + Email/PDF: DellBKNotifications@resurgent.com

May 14 2026 18:55:54   Dell Financial Svcs/Web Bank, PO Box 81607, Austin, TX 78708-1607

5752129   EDI: Q3G.COM

May 14 2026 22:37:00   Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657

5752113   EDI: DISCOVER

May 14 2026 22:37:00   Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025

5752131   Email/Text: ECMCBKNotices@ecmc.org

May 14 2026 18:43:00   ECMC, P.O. Box 16408, St. Paul, MN 55116-0408

5752072   EDI: IRS.COM

May 14 2026 22:37:00   Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346

5752091   + EDI: JPMORGANCHASE

May 14 2026 22:37:00   JPMCB Card, PO box 15369, Wilmington, DE 19850-5369

5752120   + Email/Text: RASEBN@raslg.com

May 14 2026 18:42:00   JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853

5752092   EDI: CAPITALONE.COM

May 14 2026 22:37:00   Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120

5752126   Email/PDF: resurgentbknotifications@resurgent.com

May 14 2026 18:55:54   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

5752095   + Email/Text: COLL@NCFCUONLINE.ORG

| | | | |
|---|---|---|---|
| | | May 14 2026 18:43:00 | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5752073 | EDI: PENNDEPTREV | May 14 2026 22:37:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5752119 | + Email/Text: bncnotifications@pheaa.org | May 14 2026 18:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5752123 | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2026 18:42:00 | PNC BANK, N.A., Bankruptcy Department,, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5752097 | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2026 18:42:00 | PNC Bank, PO Box 8703, Dayton, OH 45401 |
| 5752143 | EDI: PRA.COM | May 14 2026 22:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752144 | EDI: PRA.COM | May 14 2026 22:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5752096 | + EDI: SYNC | May 14 2026 22:37:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5752127 | EDI: Q3G.COM | May 14 2026 22:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5752115 | EDI: Q3G.COM | May 14 2026 22:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5752116 | EDI: Q3G.COM | May 14 2026 22:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5752100 | + EDI: SYNC | May 14 2026 22:37:00 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5752102 | + EDI: SYNC | May 14 2026 22:37:00 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5752101 | + EDI: SYNC | May 14 2026 22:37:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5752104 | + EDI: SYNC | May 14 2026 22:37:00 | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 5752105 | + EDI: SYNC | May 14 2026 22:37:00 | SYNCB/Walmart, PO Box 965012, Orlando, FL 32896-5012 |
| 5752098 | + EDI: CITICORP | May 14 2026 22:37:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5752070 | + EDI: AIS.COM | May 14 2026 22:43:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752106 | + EDI: CITICORP | May 14 2026 22:37:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5752124 | EDI: WFCCSBK | May 14 2026 22:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5752107 | + EDI: WFHOME | May 14 2026 22:37:00 | Wells Fargo Card Services, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752132 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752134 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752136 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752133 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752135 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5752121 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5752128 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5752125 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026　　　　　　　　Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rechinda Palmer–Gibbs** | Social Security number or ITIN | xxx–xx–1229 |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ | |
| | | EIN    _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:25–bk–03011–HWV

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rechinda Palmer–Gibbs

**By the court:**

*[signature]* Henry W. Van Eck

5/14/26

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2