United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 25-03011-HWV

Rechinda Palmer-Gibbs                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 2
Date Rcvd: May 14, 2026 | Form ID: fnldec | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Rechinda Palmer-Gibbs, 25 Burberry Lane, Mount Wolf, PA 17347-9574

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Kara Katherine Gendron
    karagendrontrustee@gmail.com  PA89@ecfcbis.com

Mario J. Hanyon
    on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Steven M. Carr
    on behalf of Debtor 1 Rechinda Palmer-Gibbs stevecarr8@comcast.net
    jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-1

Date Rcvd: May 14, 2026

TOTAL: 6

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rechinda Palmer−Gibbs,                    Chapter          7

      **Debtor 1**

Case No.          1:25−bk−03011−HWV

Social Security No.:

      xxx−xx−1229

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  May 14, 2026

**fnldec** (01/22)